

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

November 30, 2018

**VIA ECF**
Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    *Murphy v. Cos Bar Retail LLC*
               Case No. 18-cv-6968(RA)

Dear Judge Abrams:

      As Your Honor will recall, the Court entered an order of dismissal on November 13, 2018, based on the parties' advice concerning their settlement (DE 18).

      As counsel for Defendant, I write to address the parties' settlement and to present the parties' joint request for judicial approval of the Consent Decree enclosed herewith.

      As Your Honor will recall, plaintiff's class action Complaint alleges that Defendant's website is a place of public accommodation which is not accessible to visually disabled persons in violation of the Americans with Disabilities Act, the New York State Human Rights Law and the New York City Human Rights Law. While Defendant does not admit liability, we have reached a settlement with plaintiff individually in order to avoid the cost and inconvenience of litigation. This agreement has now been fully memorialized and contemplates the enclosed Consent Decree, which the parties jointly request that the Court approve and so-order. We submit that the consent decree is fair and reasonable and the public interest would not be disserved by its entry. *SEC v. Citigroup Global Mkts. Inc.*, 752 F.3d 285, 294 (2d Cir. 2014). The Consent Decree has been fashioned as a reasonable resolution of the plaintiff's claims and in order to achieve a consent decree that inures to the benefit of the public interest. The parties request further that the Court approve the terms of the settlement as the Consent Decree should serve as protection against claims by other potential plaintiffs who may come forward to assert similar claims based on the putative access violations that are being addressed and resolved pursuant to this settlement. That has been a recurring problem in similar matters handled by my law firm and others defending these matters around the country.

November 30, 2018
Page 2

    Also enclosed herewith is a copy of the parties' settlement agreement. The amount being paid to plaintiff's counsel for attorneys' fees pursuant to the agreement is set forth in a side letter which is not being filed with the Court as the parties desire to keep that figure confidential.

    Thank you for your attention to this matter.

                                    Respectfully,

                                    *Peter T. Shapiro*

                                    Peter T. Shapiro of
                                    LEWIS BRISBOIS BISGAARD & SMITH LLP

PTS:rg
Enclosures

cc:      Counsel of Record (via ECF)