

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

February 7, 2019

**VIA ECF**
Honorable Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Murphy v. Cos Bar Retail LLC*
            Case No. 18-cv-6968(RA)

Dear Judge Abrams:

    As Your Honor will recall, the Court entered an order of dismissal on November 13, 2018, based on the parties' advice concerning their settlement (DE 18). Your Honor then directed the parties to re-file their settlement agreement and proposed consent decree if they wished to have the proposed consent decree so-ordered (DE 20). The parties have revised their proposed consent decree and are requesting judicial approval of same.

    The parties' prior letter submission recounted the reasons they submit the consent decree to be fair and reasonable and serving of the public interest (DE 19). The parties also wish to inform Your Honor that they fashioned the consent decree as a reasonable resolution of the plaintiff's claims. *See, e.g. Yap v. Sumitomo Corp. of* America, No. 88 Civ. 700 (LBS), 1991 U.S. Dist. LEXIS 2124, at *15-16 (S.D.N.Y. Feb. 22, 1991) (weighing factors used to determine if a consent decree is fair and reasonable); *Meyer v. Macmillan Pub. Co.*, No. 78 Civ. 2133 (MEL), 1986 U.S. Dist. LEXIS 27492, at *15-*16 (S.D.N.Y. March 28, 1996) (determining that consent decree is fair, reasonable and adequate and supported by public policy).

    Counsel for defendants have settled several other ADA website cases in this Court and in the Eastern District of New York in which the assigned judges have approved virtually identical consent decrees. *See Burbon v. Maidpro*, Docket No. 18-cv-6290 (DE 19); *Mendizabal v. American Self Storage*, Docket No. 17-cv-1004 (DE 23); *Sypert v. Gefen*, Docket No. 18-cv-4336 (DE 17); *Sypert v. Pelham Country Club*, Docket No. 18-cv-6496 (DE 12); *Tucker v. CorePower Yoga*,

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • WASHINGTON • WEST VIRGINIA
4826-4050-1381.1

February 7, 2019
Page 2

Docket No. 18-cv-5394 (DE 17); *Mendez v. Madison York*, Docket No. 18-cv-4947 (DE 15); *Burbon v. Hometeam*, Docket No. 18-cv-4783 (DE 20).

    Also enclosed herewith is another copy of the parties' settlement agreement. The amount being paid to plaintiff's counsel for attorneys' fees pursuant to the agreement is set forth in a side letter which is not being filed with the Court as the parties desire to keep that figure confidential.

    Thank you for your attention to this matter.

                                     Respectfully,

                                     *Peter T. Shapiro*

                                     Peter T. Shapiro of
                                     LEWIS BRISBOIS BISGAARD & SMITH LLP

PTS:rg
Enclosures

cc:      Counsel of Record (via ECF)